# Court of Appeals
# of the State of Georgia

ATLANTA,  March 16, 2022

*The Court of Appeals hereby passes the following order:*

**A22D0282. EDWARD T. RIDLEY v. COLUMBIAN LIFE INSURANCE.**

Edward T. Ridley filed a civil action against Columbian Life Insurance. On January 11, 2022, the trial court dismissed the case for lack of prosecution. On February 22, 2022, Ridley filed the instant application for discretionary appeal seeking review of the dismissal order.[1] We lack jurisdiction.

An application for discretionary review must be filed within 30 days of entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). Compliance with this statutory deadline is an absolute requirement to confer jurisdiction in this Court, and the untimely filing of a discretionary application requires its dismissal. See *Gable v. State*, 290 Ga. 81, 82 (2) (a) (720 SE2d 170) (2011). Ridley's application was untimely, as it was filed 42 days after entry of the order he seeks to appeal.

---

[1] Ridley states that he did not receive the trial court order dismissing his action until February 8, 2022. If his right to timely seek appellate review was frustrated due to a trial court error, his remedy is to petition the trial court to vacate and re-enter the order at issue in the manner described in *Cambron v. Canal Ins. Co.*, 246 Ga. 147, 148-149 (1) (269 SE2d 426) (1980).

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __03/16/2022__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.